**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-7199**

FREDERICK L. OVERBY,

Plaintiff - Appellant,

versus

CLAY HESTER, Sheriff, Newport News City Jail;
MAJOR MOORE; CAPTAIN BOWER; LIEUTENANT HARRIS;
LIEUTENANT WATERHOUSE; DOCTOR RUSSOTTO; DOCTOR
ANDERSON; NURSE WILLIAMS,

Defendants - Appellees,

and

CITY OF NEWPORT NEWS AND ITS COUNCIL; JANE
DOE, Nurse,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-94-787-2)

Submitted: November 21, 1996      Decided: December 6, 1996

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frederick L. Overby, Appellant Pro Se.  Robert A. Dybing, SHUFORD, RUBIN & GIBNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his Federal Rule of Civil Procedure 59(e) motion to alter or amend the judgment. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Overby v. Hester, No. CA-94-787-2 (E.D. Va. June 10, 1996 & July 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED